# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

Nancy Sue Imbro
_____,
[You are the PLAINTIFF, print your full name on this line.]

v.

Forest River, Inc.
_____,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number  3:20CV925
[For a new case in this court, leave blank. The court will assign a case number.]

FILED 2020 OCT 29 PM 3:06 U.S. DISTRICT COURT CLERK NORTHERN DISTRICT OF INDIANA

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Forest River, Inc. | 900 CR 1<br>Elkhart, IN 46514 |
| 2 | [Put the names of any other defendants in these boxes.] | |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __1__

2. What is your address? 53369 Valley Springs Court Granger, IN 46530

3. What is your telephone number: (574) 524-6130

4. Have you ever sued anyone for these exact same claims?

   ☑ No.

   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Sex discrimination - I was employed by the defendant for 20 years. Once promoted to General Manager of the Mapletree division I was not granted the same salary or bonus structure as all other General Managers. All other General Managers were male.

2. Retaliation - In March 2019 I made a report to the company's ethics committee about improprieties I found during the normal course of my work duties. Although I had filed the report anonymously, the day after making the report I received a copy of the complaint with an attached email stating my CEO (Pete Liegl) would contact with me to discuss.

After that time, my access to certain company documents and reports was rescinded which was a hindrance to my ability to do my job. There was also social distance created between me and other members of management further causing henderance in the ability to perform my job.

3. Age discrimination - after being with the company for 20 years and at the age of 55, I was replaced by a male 10 years my junior.

4. Injuries and Damages

Sex discrimination - Loss of wages estimated at $436,000.00

Retaliation - employment terminated due to whistle blowing.

Age discrimination - After 20 years of employment and at the age of 55 was replaced by a male 10 years my junior.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

5. Attachments

#1 Ethics Complaint, #2 Email from CEO, #3 Original Charge of discrimination, #4 Notice of Suit Rights

**PRIOR LAWSUITS** – Have you ever sued anyone for this exact same event?

☑ No.

☐ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?
Award me equal wages, award severance package award, award settlement for pain and suffering.

**FILING FEE** – Are you paying the filing fee?

☑ Yes, I am paying the $400.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

☐ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

NSI  I will keep a copy of this complaint for my records.
NSI  I will promptly notify the court of any change of address.
NSI  I declare **under penalty of perjury** that the statements in this complaint are true.

_Nancy Sue Umbro_                                    10/29/2020
Signature                                             Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]