
#1



## ETHICSPOINT
Incident Management

## Incident Report
Conflicts of Interest - Financial

PAGE 1 OF 2

| General Case Information | |
|---|---|
| Case Number | 2019-3-774 |
| Date Received | 03/26/2019 06:04:02 AM UTC-05:00 |
| Primary Issue Type | Conflicts of Interest - Financial |
| Alert Status | Green |
| Language | English |

| Case Details | |
|---|---|
| Case Source | Hotline Web |
| Reporter Anonymous | Yes |
| Reporter Name | |
| Reporter Phone | |
| Reporter Email | |
| Reporter Availability | |
| Location | Forest River - FOREST RIVER MARINE - 12<br>51773 CR 39 N |
| City | Middlebury |
| State | IN |
| Zip | 46540 |
| Country | United States |
| Business | Forest River |
| Division | |
| Subsidiary | |
| Department | |
| Branch Number | |
| Location Name | |
| Details | Recently appointed GM Ryan Casey is employees by Forest River in a very high position and is also a vendor providing services to Forest River. Mr. Casey owns and operates INtransport. In his position at Forest River he can and does dictate who transports Forrest River product. This is a conflict of interest providing financial gain to Mr. Casey . Prior employees have been terminated for this very same thing . I have heard that there is some kind of connection or they are related. the CEO of the company and Mr. Casey.<br>Tom McCuddy is the current GM at the Marine division he is looking to retire in two years. Mr. Casey was brought in as his replacement in training. Well many current employees who have been with Forest River for many years were more than qualified to take over once Tom McCuddy Retires. |

| Intake Questions | |
|---|---|
| How are you related to the organization? | Vendor/Supplier |
| Please identify the person(s) engaged in this behavior: | Ryan Casey - GM |
| Do you suspect or know that a supervisor or management is involved? | Not Sure/Do Not Wish to Disclose |
| Has this issue been reported to management or HR in the past? | Not Sure |
| Are there any witnesses? | Not Sure |

Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended recipients and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the NAVEX Global™ by reply email and destroy all copies of the original message. NAVEX Global hereby disclaims any liablity resulting from the receipt of an email, including any attachments, by any non-intended recipient(s).

**ETHICSPOINT**
Incident Management

## Incident Report
Conflicts of Interest - Financial

PAGE 2 OF 2

**Provide a brief description of the matter.**
Recently appointed GM Ryan Casey is employees by Forest River in a very high position and is also a vendor providing services to Forest River. Mr. Casey owns and operates INtransport. In his position at Forest River he can and does dictate who transports Forrest River product. This is a conflict of interest providing financial gain to Mr. Casey . Prayer pressure of her employees have been terminated for this very same thing .

**Is this happening on Company property?**
Yes

**What is the specific location (address, building, mile post, cross streets, junction, section/sub division, etc.)?**
51773 CR 39 Middlebury, IN

**Is this event happening right now?**
Yes

**Please provide the specific or approximate time this incident occurred:**
Ongoing since his date of hire

**How long do you think this problem has been going on?**
3 months to a year

**How did you become aware of this violation?**
Accidentally found a document or file

**How did you become aware of the Ethics & Compliance Hotline?**
Other

**Is anyone attempting to hide or conceal what is happening?**
Not Sure

**Follow-ups**
None

Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended recipients and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the NAVEX Global™ by reply email and destroy all copies of the original message. NAVEX Global hereby disclaims any liablity resulting from the receipt of an email, including any attachments, by any non-intended recipient(s).

#2

# Sue Imbro

**From:** Lisel Plunkett
**Sent:** Wednesday, March 27, 2019 11:16 AM
**To:** Sue Imbro
**Attachments:** CCE03272019.pdf

Sue –

Please see attached. Pete will contact you to discuss.

Thank you.
Lisel

This email and any files transmitted with it are confidential and intended solely for use by the intended recipient. If you are not the intended recipient, please notify the sender immediately and delete the email and any files transmitted with it from your system. If you have received this email in error, disclosing, copying, distributing, or taking any action in reliance on the contents of this email is strictly prohibited.

1

#3

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: Agency(ies) Charge No(s):

[ ] FEPA

[X] EEOC 470-2020-02027

null and EEOC

State or local Agency, if any

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| MS. NANCY S IMBRO | (574) 524-6130 | 1965 |

Street Address City, State and ZIP Code

53369 VALLEY SPRINGS CT, GRANGER, IN 46530

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| FOREST RIVER INC. | 501+ | (574) 389-4688 |

Street Address City, State and ZIP Code

900 COUNTY ROAD 1, ELKHART, IN 46514

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

Street Address City, State and ZIP Code

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

[ ] RACE [ ] COLOR [X] SEX [ ] RELIGION [ ] NATIONAL ORIGIN

[X] RETALIATION [X] AGE [ ] DISABILITY [ ] GENETIC INFORMATION

[ ] OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE

| Earliest | Latest |
|---|---|
| 05-01-2000 | 02-28-2020 |

[ ] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was hired by Forest River in May 2000 as Dispatcher. My most recent position with the company was General Manager, Mapletree Division. My immediate supervisor was Pete Liegl, Chief Executive Officer.

In March 2019 I made a report to the company's ethics committee about improprieties I found during the normal course of my work duties. Although I had filed the report anonymously, the day after making the report I received a copy of the complaint with an attached email that my CEO would contact me to discuss. After that time, my access to certain company documents was rescinded which was a hindrance to my ability to do my job. There was also social distance created between me and members of management. In November the company hired Damon Gleim for a position in our corporate transportation office. In February 2020 I was asked to train him for my position. I had been told that once I completed training Gleim, I would be transferred to a different position in the company. Once the training was completed, I reached out to Jeff Rowe in Human Resources about my transfer but was never contacted back.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

**Digitally signed by Nancy Imbro on 06-21-2020 08:45 AM EDT**

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

EEOC Form 161 (11/16)      **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Nancy S. Imbro<br>53369 Valley Springs Ct<br>Granger, IN 46530 | From: | Indianapolis District Office<br>101 West Ohio Street<br>Suite 1900<br>Indianapolis, IN 46204 |
|---|---|---|---|

[ ]    *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 470-2020-02027 | Michelle D. Ware,<br>Enforcement Supervisor | (463) 999-1184 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]    The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]    Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]    The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]    Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]    The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]    The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]    Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

/s/ Michelle Eisele      AUG 1 2 2020

Michelle Eisele,
District Director      *(Date Mailed)*

Enclosures(s)

cc:    **Michael C. Terrell<br>TAFT LAW<br>One Indiana Square<br>Suite 3500<br>Indianapolis, IN 46204-2023**